# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| **KRISTY J. BURDICK** | )<br>)<br>) |
| v. | )<br>) **Civil No. 07-22-P-S** |
| **MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY** | )<br>)<br>)<br>) |
| **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 11, 2007, his Recommended Decision (Docket No. 12). Defendant filed its Objection to the Recommended Decision (Docket No. 13) on July 25, 2007. The Plaintiff filed her response to Defendant's Objection (Docket No. 14) on August 13, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that the Commissioner's Decision is **VACATED** and the case **REMANDED** for further proceedings consistent with the Recommended Decision of the Magistrate Judge.

/s/George Z. Singal  
Chief U.S. District Judge

Dated: August 15, 2007